**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

TG **FILED**
**FEBRUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number:

JO LOUISE PADAL

vs.

INGRAM ENTERTAINMENT, INC.                                       **08 C 892**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JO LOUISE PADAL                                                         **JUDGE GUZMAN**
                                                                        **MAGISTRATE JUDGE KEYS**

| NAME (Type or print) |
| --- |
| Terry D. Slaw |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Terry D. Slaw |
| FIRM |
| Alan H. Shifrin & Associates |
| STREET ADDRESS |
| 3315 Algonquin Rd. #202 |
| CITY/STATE/ZIP |
| Rolling Meadows, IL 60008 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06183906 | 847-222-0500 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓       APPOINTED COUNSEL ☐