**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JO LOUISE PADAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 892 |
| | ) | Judge Guzman |
| INGRAM ENTERTAINMENT, INC., | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Jeffrey S. Marks
jmarks@ashiflaw.com
Terry D. Slaw
Tds_60062@hotmail.com
Alan H. Shifrin & Associates
3315 Algonquin Road, #202
Rolling Meadows, IL 60008

Please take notice that on Tuesday, March 18, 2008, at 9:30 a.m., we shall appear before the Honorable Judge Ronald A. Guzman or any other Judge sitting in his stead, in Room 1219 of the Federal Building, located at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendant's Agreed Motion for an Extension of Time Within Which to File its Answer or Other Responsive Pleading.

Dated: March 12, 2008                                       Respectfully submitted,

                                                            INGRAM ENTERTAINMENT, INC.


                                                            By:   /s/ Clifford R. Perry III
                                                                    Clifford R. Perry III

Clifford R. Perry III (06204955)
cperry@lanermuchin.com
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)

2

## **CERTIFICATE OF SERVICE**

Clifford R. Perry III, an attorney, hereby certifies that he caused the Notice of Motion, via Electronic Filing to be served on Jeffrey S. Marks and Terry D. Slaw, through the U.S. District Court, Northern District of Illinois e-filing system on this 12th day of March 2008, addressed to:

> Jeffrey S. Marks
> jmarks@ashiflaw.com
>
> Terry D. Slaw
> Tds_60062@hotmail.com

>   /s/ Clifford R. Perry III
> Clifford R. Perry III