# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 08-C-0892

Jo Louise Padal,
        Plaintiff,

v.

Ingram Entertainment, Inc.,
        Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

        Defendant Ingram Entertainment, Inc.

| |
|---|
| NAME: (Type or Print) <br> Clifford R. Perry III |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Clifford R. Perry III |
| FIRM: Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. |
| STREET ADDRESS: 515 North State Street, Suite 2800     Email: cperry@lanermuchin.com |
| CITY/STATE/ZIP: Chicago, Illinois 60610 |
| ID NUMBER: 06204955     TELEPHONE NUMBER: 312/467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES **X**     NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐     NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES **X**     NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES **X**     NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |