**CERTIFICATE OF SERVICE**

      Clifford R. Perry III, an attorney, hereby certifies that he caused his Appearance, via Electronic Filing to be served on Jeffrey S. Marks and Terry D. Slaw, through the U.S. District Court, Northern District of Illinois e-filing system on this 12th day of March 2008, addressed to:

        Jeffrey S. Marks
        jmarks@ashiflaw.com

        Terry D. Slaw
        Tds_60062@hotmail.com

        /s/ Clifford R. Perry III
        Clifford R. Perry III