**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jo Louise Padal

                     Plaintiff,

v.                                             Case No.: 1:08−cv−00892
                                               Honorable Ronald A. Guzman

Ingram Entertainment Inc

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 17, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Motion by Defendant Ingram Entertainment Inc for extension of time within which to file its answer or other responsive pleading (AGREED) [8] is granted to and including 4/24/08. Status hearing set for 4/16/08 is reset to 5/7/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.