IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JO LOUISE PADAL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08 C 892 |
| | ) Judge Guzman |
| INGRAM ENTERTAINMENT, INC., | ) Magistrate Judge Keys |
| Defendant. | ) ) |

### DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, counsel of record for Defendant, Ingram Entertainment, Inc., a non-governmental corporate party in the above-captioned action, hereby identifies that Ingram Entertainment, Inc. has no parent company and no publicly held corporation owns more than 10% of its stock.

Dated: April 14, 2008

Respectfully submitted,

INGRAM ENTERTAINMENT, INC.

By:   /s/ Clifford R. Perry III
      Clifford R. Perry III

Clifford R. Perry III (06204955)
cperry@lanermuchin.com
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)

2

## **CERTIFICATE OF SERVICE**

Clifford R. Perry III, an attorney, hereby certifies that he caused the Defendant's Corporate Disclosure Statement in the above-captioned matter to be served on the parties of record listed below via Electronic Filing to be served on Jeffrey S. Marks and Terry D. Slaw, through the U.S. District Court, Northern District of Illinois e-filing system on this 14th day of April 2008, addressed to:

>Jeffrey S. Marks
>jmarks@ashiflaw.com
>
>Terry D. Slaw
>Tds_60062@hotmail.com
>
>
>/s/ Clifford R. Perry III
>Clifford R. Perry III